UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 17-20378-CR-MARTINEZ-OTAZO-REYES**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NICK RICKEY CHOUTE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion to Suppress (the "Motion") [ECF No. 16]. Magistrate Judge Otazo-Reyes filed a Report and Recommendation [ECF No. 28], recommending that the Motion be denied. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes's Report and Recommendation [ECF No. 28] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Defendant's Motion to Suppress [ECF No. 16] is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this __6__ day of November, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record